UNITED STATES COURT OF APPEALS **FILED**

FOR THE NINTH CIRCUIT

NOV 22 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 04-16694 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CV-97-00038-DP |
| v. | District of Guam, Agana |
| JUAN ESCOBAR-QUIROZ, | ORDER |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

Before: LEAVY and PAEZ, Circuit Judges

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

If petitioner wishes to file a second or successive 28 U.S.C. § 2255 petition in the district court, petitioner must first move this court for an order authorizing the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3).

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 22 2005

by: Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
04-16694 USA v. Escobar-Quiroz

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | John N Glang, Esq.<br>671/475-3406<br>Suite 2-200<br>[COR LD NTC aus]<br>OFFICE OF THE ATTORNEY GENERAL<br>Prosecution Division<br>120 West O'Brien Drive<br>Judicial Center Building<br>Hagatna, GU 96910 |
| v. | |
| JUAN ESCOBAR-QUIROZ<br>    Defendant - Appellant | Juan Escobar-Quiroz<br>#01074-093<br>[COR LD NTC prs]<br>FCIL - FEDERAL CORRECTIONAL<br>INSTITUTION (LOMPOC)<br>3600 Guard Rd.<br>Lompoc, CA 93436 |